UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 02-CR-230(6)(JMR/FLN)

WILSON MCSHANE CORPORATION,

Plaintiffs/Judgment Creditors,

vs.

**SATISFACTION OF JUDGMENT**

MICHAEL THOMAS DONOHOE,

Defendant/Judgment Debtor.

Sean O. Skrypek, as attorney for Wilson McShane Corporation and Judgment Creditors, the Plaintiffs herein, hereby certifies that the foreign judgment docketed in the above court on April 29, 2004 in the above-entitled action, in the amount of One Hundred Thirty Two Thousand Twelve Dollars and 30/100 ($132,012.30) has been satisfied.

Dated: February 9, 2006

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By s/Sean O. Skrypek
Sean O. Skrypek
Atty Reg. No. 331028
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

Subscribed and sworn to before me
this 9th day of February, 2006.

s/Melissa L. Olson
Notary Public

235918